FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARCHITECTURAL INTERIORS & CONSTRUCTION SERVICES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UTAH JAZZ RETAIL, INC., a utah corporation, d/b/a Just Sports,<br><br>Defendant. | No.   1:18-CV-3012-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 13, 2018, the parties filed a stipulated dismissal, ECF No. 26. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation and Order of Dismissal with Prejudice, **ECF No. 26**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2